UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORGE F. MARTINEZ,
        Petitioner,

        v.                                          CIVIL ACTION NO.
                                                    17-11216-MBB

WARDEN JEFFREY GRONDOLSKY,
        Respondent.

**FINAL JUDGMENT**

**January 9, 2018**

**BOWLER, U.S.M.J.**

        In accordance with the January 9, 2018 Memorandum and Order,
it is **ORDERED** and **ADJUDGED** that petitioner Jorge F. Martinez is
not entitled to relief and that this petition be **DISMISSED**.


                        __/s/ Marianne B. Bowler_____
                        **MARIANNE B. BOWLER**
                        United States Magistrate Judge